IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JAMES DEHOOG, ET Al.,

        1:15-cv-02250-CL

      Plaintiffs,

   v.                      **JUDGMENT**

ANHEUSER-BUSCH INBEV,
SA/NV; SABMILLER, PLC,

      Defendants.

_____

**AIKEN, District Judge**:

    For the reasons set forth in the Findings and Recommendation
of Magistrate Judge Clarke (#102) and my accompanying Order,
Defendants' Motions to Dismiss (##41, 43) are GRANTED.  This case
is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this  3  day of  *October* ~~September~~, 2016.

                      ANN AIKEN
                      U.S. DISTRICT JUDGE

1 - JUDGMENT